IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ATREAN DAVIS, ET AL., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:13- CV-00001 |
| § | (JURY DEMANDED) |
| § | |
| LEGEND ENERGY SERVICES, § | |
| LLC, § | |
| *Defendant*. § | |

## **DEFENDANT'S DESIGNATION OF "BELLWETHER" PLAINTIFFS**

Pursuant to the Order of this Court, Defendant Legend Energy Services, LLC, designates the following Plaintiffs for trial on December 8, 2014:

1. Joseph Amos
2. Jonathan Parker
3. Kenneth Boatright
4. Greg Case

Respectfully submitted,

/s/ Robert L. Ivey
Robert L. Ivey
S.D. ID No. 10370
State Bar No. 10438700
Jeffrey C. Londa
S.D. ID No. 00506
State Bar No. 12512400
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas  77002
713.655.0855 (phone)
713.655.0020 (fax)

**ATTORNEYS FOR DEFENDANT
LEGEND ENERGY SERVICES, LLC**

**OF COUNSEL**:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, TX  77002
713.655.0855 (phone)
713.655.0020 (fax)

## CERTIFICATE OF SERVICE

I certify that on October 17, 2014, the foregoing has been served upon counsel named below via the electronic filing and notice procedures of the United States District Court for the Southern District of Texas:

Clark Woodson, III
601 E. Myrtle
Angleton, Texas  77515

/s/ Robert L. Ivey
Robert L. Ivey