IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ATREAN DAVIS, ET AL., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:13-CV-00001 |
| § | (JURY DEMANDED) |
| § | |
| LEGEND ENERGY SERVICES, LLC, § | |
| § | |
| *Defendant*. § | |

### **PLAINTIFFS' DESIGNATION OF "BELLWETHER" PLAINTIFFS**

Pursuant to the Order of this Court, Plaintiffs designate the following Plaintiffs for trial on December 8, 2014:

1. Ray Alli

2. Mark Kriske - Hill

3. Joseph Intiso

4. Robert Smith

                                                                                                                                    Respectfully submitted,

                                                                                                                                    /s/ Clark Woodson III
                                                                                                                                    CLARK WOODSON III
                                                                                                                                   601 East Myrtle
                                                                                                                                    Angleton, Texas 77515
                                                                                                                                   (979) 849-6080 Telephone
                                                                                                                                   (832) 202-2809 Facsimile
                                                                                                                                   State Bar No. 0079488
                                                                                                                                    S.D. Bar No. 21481
                                                                                                                                    ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of ***Plaintiffs' Designation of "Bellwether" Plaintiffs*** has been provided to counsel of record listed below, via the filing and notice procedures of the United States District Court for the Southern District of Texas on this the 17th day of October, 2014.

Robert L. Ivey
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center, 500 Dallas Street, Suite 3000
Houston, Texas 77002

                                  /s/ Clark Woodson III
                                  Clark Woodson III